**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 24-MJ-90** |
| | : | |
| **NICHOLAS ORTT,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 111(a)(1)** |
| **Defendant.** | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers)** |

**I N F O R M A T I O N**

The United States Attorney Charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **NICHOLAS ORTT** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ *Eli Ross*
Eli J. Ross
Assistant United States Attorney
Bar No. IL 6321411

U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 297-1515
Email: Eli.Ross@usdoj.gov