| | |
|---|---|
| United States of America | ) |
| v. | ) Docket No. 1:24-cr-224 |
| Nicholas Ortt | ) Hon. Loren L. Alikhan |
| Defendant. | ) |

Letter of Support by Michael Yudt

for September 23, 2024, sentencing of Nicholas Ortt

9/23/24, 12:18 PM
Case 1:24-cr-00224-LLA   Document 34   Filed 09/26/24   Page 2 of 2
Letter Of Character for Nick Ortt - nickortt75@yahoo.com Mail

# Subject: Letter of Character for Nick Ortt



**Michael Yudt** <MichaelY@damascus.com>
to nickortt75@yahoo.com

Tue, Jul 2

To Whom it May Concern,

My name is Pastor Michael Yudt from Damascus Road Community Church. I am writing to inform you that I have been mentoring Nick Ortt since November 2023. We first met the day of his baptism at church and have been in regular communication since that time. Nick is taking positive steps to make the necessary changes in his life to be a better and father, and to contribute to our society in helpful and productive ways. I have found Nick to be an honest, open, trustworthy, and kind person who is willing to receive feedback on how he can continue to take steps of growth in his life.

If you have any questions, please do not hesitate to reach me at 443-386-5274.

Sincerely,

Michael Yudt
Pastor of Family Ministry
Damascus Road Community Church